**Order entered January 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01126-CV

**CITIMORTGAGE, INC., Appellant**

**V.**

**ERIC A. SCZEPANIK AND ALL OTHER OCCUPANTS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-08775-A**

## ORDER

Before the Court is appellee's January 28, 2013 unopposed third extension of time to file appellee's brief. In his moion, appellee requests an extension until February 4, 2013. We **GRANT** appellee's motion. We caution appellee that no further extensions of time will be granted absent extraordinary circumstances.

/s/     DOUGLAS S. LANG
         JUSTICE